ALEXANDER CHEN [SBN 245798]
alexc@inhouseco.com
WILLIAM R. WALZ [SBN 136995]
ww@inhouseco.com
THEODORE LEE [SBN 281475]
tlee@inhouseco.com
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone: 949-250-1555
Facsimile: 714-882-7770

Attorneys for Plaintiff
Eagle Eyes Traffic Industry USA Holding LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EAGLE EYES TRAFFIC INDUSTRY USA HOLDING LLC, a Chinese company,<br><br>Plaintiff,<br><br>vs.<br><br>JL CONCEPTS INC. dba GT RACERS, a California Corporation; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Eagle Eyes Traffic Industry USA Holding LLC ("Eagle Eyes") presents the following allegations and facts in support of this Complaint and demands a jury trial on all causes of action stated herein against the named Defendant as follows:

**JURISDICTION AND VENUE**

1. This is a civil action for infringement of a patent, arising under the laws of the United States relating to patents, including, without limitation, 35 U.S.C. § 101, et seq., 35 U.S.C. § 271 and § 281. Plaintiffs seek preliminary and permanent injunctions and monetary damages for patent infringement.

2. This Court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of America, 35 U.S.C. § 101, et seq.

3. Venue properly lies within the Central District of California pursuant to 28 U.S.C. sections 1391(b) and (c); 28 U.S.C. section 1400; and 18 U.S.C. section 1965. On information and belief, Defendant conducts substantial business directly and through third parties or agents in this judicial district by selling and offering to sell the infringing products and by conducting other business in this judicial district. Furthermore, Plaintiffs have been harmed by Defendant's conduct, business transactions and sales in this district.

4. This Court has personal jurisdiction over Defendant because, on information and belief, Defendant transacts continuous and systematic business within the State of California and the Central District of California. In addition, this Court has personal jurisdiction over the Defendant because, on information and belief, this lawsuit arises out of Defendant's infringing activities, including, without limitation, the making, using, selling and/or offering to sell infringing products in the State of California and the Central District of California. Finally, this Court has personal jurisdiction over Defendant because, on information and belief, Defendant has made, used, sold and/or offered for sale its infringing products and placed such infringing products in the stream of interstate commerce with the expectation that such infringing products would be made, used, sold and/or offered for sale within the State of California and the Central District of California.

5. Upon information and belief, certain of the products manufactured by or for Defendant have been and/or are currently sold and/or offered for sale to consumers including, but not limited to, consumers located within the State of California at, among other places, ebay.com's website located at https://www.ebay.com.

## PARTIES

6. Plaintiff Eagle Eyes Traffic Industry USA Holding, LLC ("Eagle Eyes") is a Nevada limited liability company having its principal place of business at 7260 West Azure Drive, Suite 140, Las Vegas Nevada 89130.

7. Defendant JL Concepts, LLC dba GT Racers("JLConcepts") is a corporation registered and existing under the laws of the State of California, with an office and principal place of business located at 21912 Garcia Lane, Walnut, California 91789.

8. Plaintiff is ignorant of the true names and capacities of defendants who are named herein under the fictitious names DOES 1-50, inclusive. Plaintiff will seek leave of court to amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named DOE defendants is responsible in some manner for the wrongful conduct alleged herein. Plaintiff further alleges that each defendant acted in concert and participation with, as agents or representatives of, at the request of, or on behalf of JL Concepts. Each charge and allegation alleged herein is, therefore, also alleged against each fictitiously named DOE defendant.

## THE ASSERTED PATENTS

9. On September 17, 2013, the United States Patent and Trademark office, duly and legally issued United States Design Patent No. D690,040, entitled "Exterior Surface Configuration of a Vehicular Headlight" ("the '040 patent"). The patent's named inventor is Ching-Tsung Lai, and Plaintiff Eagle Eyes is assignee and owner of the entire right, title, and interest in and to the '040 Patent and vested with the right to bring this suit for damages and other relief. A true and correct copy of the '040 Patent and its respective assignments are attached hereto as **Exhibit "A."**

10. On June 10, 2014, the United States Patent and Trademark office, duly and legally issued United States Design Patent No. D706,966, entitled "Light Guide Bar For Vehicle Lamp" ("the '966

Patent"). The patent's named inventor is Ching-Tsung Lai, and Plaintiff Eagle Eyes is the assignee and owner of the entire right, title, and interest in and to the '966 Patent and vested with the right to bring this suit for damages and other relief. A true and correct copy of the '966 Patent and its respective assignments are attached hereto as **Exhibit "B."**

11. On June 10, 2014, the United States Patent and Trademark office, duly and legally issued United States Design Patent No. D706,967, entitled "Light Guide Bar For Vehicle Lamp" ("the '967 patent"). The patent's named inventor is Ching-Tsung Lai, and Plaintiff Eagle Eyes is assignee and owner of the entire right, title, and interest in and to the '967 Patent and vested with the right to bring this suit for damages and other relief. A true and correct copy of the '967 Patent and its respective assignments are attached hereto as **Exhibit "C."**

12. The '040 Patent, '966' Patent, and '967 Patent are collectively referred to as the "Patented Designs."

## DEFENDANT'S INFRINGEMENT OF EAGLE EYES' PATENTS

13. The Defendant's accused products for purposes of the asserted patents include the Defendant's projection headlights incorporating the Patented Designs.

14. In particular, Defendant copied from Eagle Eye's Patented Designs in designing its "2007-2014 GMC Sierra 1500/2500 Chrome Drl U-Halo Led Projector Headlights."

## COUNT ONE

## INFRINGEMENT OF THE '040PATENT BY DEFENDANT

15. Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 14 above.

16. Defendant has knowledge of infringement of the '040 Patent since at least the filing of this complaint.

17. Design Patent '040 has one single claim directed to the ornamental design for an exterior surface configuration of a vehicular headlight as shown below:



18.     Defendant JLC copied the design for its 2007-2014 GMC Sierra 1500/2500 Chrome Drl U-Halo Led Projector Headlights from the headlight design of the '040 Patent. A side-by-side comparison of the '040 Patented design and an exemplary specimen of Defendant JC Concept's headlight is shown below, with the photograph of the exemplary Defendant JL Concepts:



| Eagle Eyes' D690,040 Patent | JL Concepts' GT Racers Headlight |

19. As depicted above, the headlight design of the Defendant's 2007-2014 GMC Sierra 1500/2500 Chrome Drl U-Halo Led Projector Headlights is the same or substantially the same as the headlight design of the Plaintiff's '040 Patent. The headlight designs are so similar in overall impression as to be nearly identical such that an ordinary observer, giving such attention as a purchaser usually gives, would be so deceived by the substantial similarity between the designs so as to be induced to purchase Defendant JL Concepts' GT Racer products believing them to be substantially the same as the headlight design protected by the '040Patent.

20. Plaintiff has not granted a license or any other authorization to Defendant JL Concepts to make use, offer for sale, sell or import headlights that embody the headlight design patented in the '040 Patent and which is proprietary to Plaintiff.

21. Plaintiff alleges upon information and belief that, without authority, Defendant has infringed and will continue to infringe the '040 patent by, *inter alia*, making, using, offering to sell, or selling in the United States, including in the State of California and within this District, products infringing the ornamental design covered by the '040 patent in violation of 35 U.S.C. § 271, including but not limited to Defendant JL Concepts'2007-2014 GMC Sierra 1500/2500 Chrome Drl U-Halo Led Projector Headlights.

22. Defendant JL Concepts infringes the '040 patent because, *inter alia*, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the headlight design of the '040 patent and the headlight designs of Defendant JL Concepts' products including without limitation the headlight designs of the 2007-2014 GMC Sierra 1500/2500 Chrome Drl U-Halo Led Projector Headlight products are substantially the same, the resemblance being such as to deceive such an ordinary observer, inducing him to purchase one supposing it to be the other.

23. Defendant JL Concepts' acts of infringement of the '040 patent were undertaken without authority, permission or license from Plaintiff. Defendant JL Concepts' infringing activities violate 35 U.S.C. § 271.

24. Plaintiff is informed and believes that Defendant intentionally sells, ships or otherwise delivers the accused products in the United States, with knowledge that are designed to and do practice the infringing features of the '040 Patent.

25.     Plaintiff is without an adequate remedy at law and has thus been irreparably harmed by these acts of infringement. Plaintiff asserts upon information and belief that infringement of the asserted claims of the '040 Patent is continuous and ongoing unless and until Defendant is enjoined from further infringement by the Court.

## COUNT TWO

## INFRINGEMENT OF THE '966 PATENT BY DEFENDANT

26.     Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 25 above.

27.     Defendant has knowledge of infringement of the '966 Patent since at least the filing of this complaint.

28.     Design Patent '966 has one single claim directed to the ornamental design for a light guide bar for a vehicle lamp as shown below:





29. Defendant JL Concepts copied the design of the U-Bar Light Guide Bar from the design of the '966 Patent. A side-by-side comparison of the '966 patented design and an exemplary specimen of Defendant JL Concepts' U-Bar Light Guide Bar is shown below:



| Eagle Eye's D706,966 | JL Concepts' GT Racers Light Guide Bar |

30.  As shown in the pictures, the Light Guide Bar of Defendant is the same or substantially the same as the design of the '966 patent. The Light Guide Bar designs are so similar as to be nearly identical such that an ordinary observer, giving such attention as a purchaser usually gives, would be so deceived by the substantial similarity between the designs so as to be induced to purchase Defendant JL Concepts' products believing them to be substantially the same as the Light Guide Bar protected by the '966 Patent.

31.  Plaintiff has not granted a license or any other authorization to Defendant JL Concepts to make use of, offer for sale, sell or import headlights that embody the Light Guide Bar design patented in the '966 Patent and which is proprietary to Plaintiff.

32.  Plaintiff alleges upon information and belief that, without authority, Defendant has infringed and will continue to infringe the '966 patent by, *inter alia*, making, using, offering to sell, or selling in the United States, including in the State of California and within this District, products infringing the ornamental design covered by the '966 Patent in violation of 35 U.S.C. § 271, including but not limited to Defendant JL Concepts' Light Guide Bar incorporated in its 2007-2014 GMC Sierra 1500/2500 Chrome Drl U-Halo Led Projector Headlights.

33.  Defendant JL Concepts infringes the '966 Patent because, *inter alia*, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the Light Guide Bar design of the '966 Patent and the light guide bar designs of Defendant JL Concepts' products including without limitation the Light Guide Bar designs incorporated in its headlight of the 2007-2014 GMC Sierra 1500/2500 Chrome Drl U-Halo Led Projector Headlight products are substantially the same, the resemblance being such as to deceive such an ordinary observer, inducing him to purchase one supposing it to be the other

34.  Defendant JL Concepts' acts of infringement of the '966 Patent were undertaken without authority, permission or license from Plaintiff. Defendant JL Concepts' infringing activities violate 35 U.S.C. § 271.

35.  Plaintiff is informed and believes that Defendant intentionally sells, ships or otherwise delivers the accused products in the United States, which products imitate and in fact infringe upon the features of the '966 Patent.

36.     Plaintiff is without an adequate remedy at law and has thus been irreparably harmed by these acts of infringement. Plaintiff asserts upon information and belief that infringement of the asserted claims of the '966 Patent is continuous and ongoing, and will continue to harm Plaintiff unless and until Defendant is enjoined from further infringement by the Court.

## COUNT THREE
### INFRINGEMENT OF THE '967 PATENT BY DEFENDANT

37.     Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 36 above.

38.     Defendant has knowledge of infringement of the '967 Patent since at least the filing of this complaint.

39.     Design Patent '967 has one single claim directed to the ornamental design for a light guide bar for a vehicle lamp as shown below:





40. Defendant JL Concepts copied the design of the U-Bar Light Guide Bar from the design of the '967 Patent. A side-by-side comparison of the '967 patented design and an exemplary specimen of Defendant JL Concepts' U-Bar Light Guide Bar is shown below:

| Eagle Eye's D706,967 | JL Concepts' GT Racers Light Bar Guide |
|---|---|



41. As shown in the above pictures, the Light Guide Bar of Defendant is the same or substantially the same as the design of the '967 Patent. The Light Guide Bar designs are so similar as to be nearly identical such that an ordinary observer, giving such attention as a purchaser usually gives, would be so deceived by the substantial similarity between the designs so as to be induced to purchase Defendant JL Concepts' products believing them to be substantially the same as the Light Guide Bar protected by the '967 Patent.

42. Plaintiff has not granted a license or any other authorization to Defendant JL Concepts to make use of, offer for sale, sell or import headlights that embody the Light Guide Bar design patented in the '967 Patent and which is proprietary to Plaintiff.

43. Plaintiff alleges upon information and belief that, without authority, Defendant has infringed and will continue to infringe the '967 patent by, *inter alia*, making, using, offering to sell, or selling in the United States, including in the State of California and within this District, products infringing the ornamental design covered by the '967Patent in violation of 35 U.S.C. § 271, including but not limited to Defendant JL Concepts' Light Guide Bar incorporated in its 2007-2014 GMC Sierra 1500/2500 Chrome Drl U-Halo Led Projector Headlight.

44. Defendant JL Concepts infringes the '967 Patent because, *inter alia*, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the Light Guide Bar design of the '967Patent and the Light Guide Bar design incorporated in the its headlight of Defendant JL Concepts' products including without limitation the Light Guide Bar design incorporated in the headlight designs of the GMC Sierra U-Bar Halo Projector products are substantially the same, the resemblance being such as to deceive such an ordinary observer, inducing him to purchase one supposing it to be the other

45. Defendant JL Concepts' acts of infringement of the '967 Patent were undertaken without authority, permission or license from Plaintiff. Defendant JL Concepts' infringing activities violate 35 U.S.C. § 271.

46. Plaintiff is informed and believes that Defendant intentionally sells, ships or otherwise delivers the accused products in the United States, which products which imitate and in fact infringe upon the features of the '967 Patent.

47. Plaintiff is without an adequate remedy at law and has thus been irreparably harmed by

these acts of infringement. Plaintiff asserts upon information and belief that infringement of the asserted claims of the '967Patent is continuous and ongoing, and will continue to harm Plaintiff unless and until Defendant is enjoined from further infringement by the Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1. The determination that Defendant has infringed the Patents-in-Suit;

2. That Defendant, Defendant's officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the Patents-in-Suit, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within and without the United States;

3. Compensation for all damages caused by Defendant's infringement of the Patents-in-Suit to be determined at trial;

4. A finding that this case is exceptional and an award of reasonable attorney's fees pursuant to 35 U.S.C. § 285;

5. Granting Plaintiff's pre-and post-judgment interest on its damages, together with all costs and expenses; and,

6. Granting Plaintiff such other and further relief as the Court may deem just and proper.

DATED: August 21, 2019                             INHOUSE CO. LAW FIRM

By: _____
Alexander Chen, Esq.
William Walz, Esq.
Theodore Lee, Esq.
Attorneys for Plaintiff
Eagle Eyes Traffic Industry USA Holding LLC

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all claims.

DATED: August 21, 2019

INHOUSE CO. LAW FIRM

By: _____
Alexander Chen, Esq.
William Walz, Esq.
Theodore Lee, Esq.
Attorneys for Plaintiff
Eagle Eyes Traffic Industry USA Holding LLC